IN THE SUPREME COURT OF THE STATE OF DELAWARE

| | | |
|---|---|---|
| JAMES SIMMERS, | § | |
| | § | No.  150, 2015 |
| Defendant Below, | § | |
| Appellant, | § | |
| | § | Court Below - Superior Court |
| v. | § | of the State of Delaware in and |
| | § | for New Castle County |
| STATE OF DELAWARE, | § | |
| | § | ID. No. 1403009301 |
| Plaintiff Below, | § | |
| Appellee. | § | |

Submitted:  October 21, 2015
Decided:  October 22, 2015

Before **STRINE**, Chief Justice, **VALIHURA** and **VAUGHN**, Justices.

## O R D E R

This 22nd day of October 2015, the Court having considered this matter after oral argument and on the briefs filed by the parties has determined that the final judgment of the Superior Court should be affirmed on the basis of and for the reasons assigned by the Superior Court in its opinion dated February 18, 2015.

NOW, THEREFORE, IT IS HEREBY ORDERED that the judgment of the Superior Court be, and the same hereby is, AFFIRMED.

BY THE COURT:

_James T. Vaughn_
Justice